```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------X
UNITED STATES OF AMERICA
                                         MEMORANDUM AND ORDER
            -against-                    02-CR-1022-02 (DRH)

JOHN WILLIAM CARR,

            Defendant.
-------------------------------X
```

A P P E A R A N C E S:

For the Government:
   Roslynn R. Mauskopf
   United States Attorney
   610 Federal Plaza
   Central Islip, New York 11722-4454
    By: Bonnie Klapper, A.U.S.A.

For Defendant:
   John W. Carr, Pro Se
   11838 Pasco Terr. Ct.
   Port Richie, Florida 34668

HURLEY, Senior District Judge

Pending before the Court is an application by defendant John William Carr ("defendant" or "Carr") for an order pursuant to 18 U.S.C. § 3583(e)(1) for early termination of his term for supervised release. The application is opposed by both the Probation Department and the United States Attorney. Defendant was sentenced by me on September 24, 2004, after a plea of guilty to Conspiracy to Transport Stolen Goods in Interstate Commerce, in violation of 18 U.S.C. § 371. He was sentenced to time served, to be followed by a three year term of supervised release.

## DISCUSSION

Section 3583(e) provides in pertinent part:

> The court may, after considering the factors
> set forth in section 3553(a)(1), (a)(2)(B),

> (a)(2)©, (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)—
>
>> (1) terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.

(18 U.S.C. § 3583(e)(1).)

The Court has reviewed the portions of § 3553(a) referenced in § 3583(e) in conjunction with the application submitted by the defendant.  <u>See generally</u> <u>United States v. Lussier</u>, 104 F.3d 32, 34-35 (2d Cir. 1997).  Having done so, I decline to grant the relief requested.  Accordingly, it is denied.

SO ORDERED.

Date: December 13 , 2006
      Central Islip, New York

_____/S/_____
DENIS R. HURLEY, U.S.D.J.